**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  07-cv-01918-LTB-KLM

YANER LYNN HARRIS and
TALEIA McCURDY,

      Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

      Defendant.

_____

**ORDER OF RECUSAL**
_____

Upon review of the file and determining that Plaintiff's counsel is a close personal friend, the undersigned judge hereby recuses himself in the above action and directs that the action be returned to the Clerk of the Court for redraw and assignment of the case.

                              BY THE COURT:

                                s/Lewis T. Babcock
                                Lewis T. Babcock, Judge

DATED:   September 12, 2007