IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  07-cv-01918-WYD-KMT

YANER LYNN HARRIS; and
TALEIA McCURDY,

    Plaintiffs,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an Illinois corporation,

    Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

    This matter comes before the Court on the Stipulation for Dismissal with Prejudice between Plaintiffs, Yaner Lynn Harris and Taleia McCurdy and Defendant, State Farm Mutual Automobile Insurance Company, filed March 9, 2009 (docket #40). The Court, being otherwise fully advised in the premises, it is hereby

    ORDERED that all claims of Plaintiffs, Yaner Lynn Harris and Taleia McCurdy against Defendant, State Farm Mutual Automobile Insurance Company be and hereby are **DISMISSED WITH PREJUDICE**, each party shall bear their own costs and attorney fees.

Dated this 9th day of March, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE